UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Little Caesar Enterprises, Inc., et al.,

      Plaintiffs

v                               Case No.:  10-11976
                                    Hon. John Corbett O'Meara

Gregart Enterprises, Inc., et al.,      Magistrate Judge:  Mona K. Majzoub

      Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice, each party to bear its own fees and costs.

Respectfully submitted,

s/Irwin M. Alterman (P10147)
KEMP KLEIN LAW FIRM
201 W. Big Beaver Road, Suite 600
Troy, Michigan 48084
(248) 528-1111

Robert L. Zisk
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
(202) 295-2200
(202) 295-2250

Attorneys for Plaintiffs

s/Thomas W. Elkins (P35360)
Elkins & Associates, P.L.L.C.
8130 High Pointe Trail
White Lake, Mi  48386
(313) 779-5217

Himanshu M. Patel
Zarco Einhorn Salkowski & Brito, P.A.
Miami tower
100 S.E. 2nd Street, Suite 2700
Miami, FL  33131
(305) 374-5418

Attorneys for Defendants